**Thaddaus MUMFORD, Plaintiff–
Appellant,**

v.

**Larry HARRELSON, Deputy Sheriff, in-
dividually and in his official capacity;
Dale B. Furr, in his official capacity;
Fidelity and Deposit Company of Ma-
ryland, Surety, Defendants–Appellees.**

No. 07–1800.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2007.

Decided: Jan. 14, 2008.

Thaddaus Mumford, Appellant Pro Se.
Tracy Lynn Eggleston, Paul Aivars
Reichs, Cozen O'Connor, Charlotte, North
Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Thaddaus Mumford appeals the order of
the magistrate judge * denying his motion
to extend or reopen the appeal period so
that he could appeal the magistrate judge's
order dismissing his 42 U.S.C. § 1983
(2000) action. We have reviewed the rec-
ord and find no abuse of discretion. *See
Thompson v. E.I. DuPont de Nemours &*

*Co.,* 76 F.3d 530, 532 n. 2 (4th Cir.1996)
(stating standard of review). Accordingly,
we affirm for the reasons stated by the
magistrate judge. *Mumford v. Harrelson,*
No. 1:04–cv–00017–WWD, 2007 WL
2156336 (M.D.N.C. July 25, 2007). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*

---

* The parties consented to the exercise of juris-
diction by the magistrate judge, pursuant to 28 U.S.C. § 636(c) (2000).